John Metsker, Esq. SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA L. BONKOFSKY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:23-cv-02690-AC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the deadline for Plaintiff to file her Motion for Summary Judgment shall be extended from February 15, 2024 to **February 29, 2024**. In support of this request, Plaintiff's counsel states as follows:

1. This is plaintiff's first request for an extension in this matter.

2. Plaintiff's Motion for Summary Judgement is currently due February 15, 2024.

3. Good cause exists for this request, as Plaintiff's counsel recently returned from long-planned travel which interfered with his ability to timely complete Plaintiff's Motion for Summary Judgment.

Joint Stip. and PO for Ext.
2:23-cv-02690-AC

1

4. In addition to his work on this case, Plaintiff's counsel is also currently briefing a complex case before the Ninth Circuit Court of Appeals and preparing a legal education training presentation.

5. Plaintiff's counsel is s a true solo attorney that has no staff to assist him in the day-to-day operation of his law firm or assist him with the briefing of cases.

6. Plaintiff's counsel makes this request in good faith with no intention of unduly delaying these proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 13, 2024        /s/ *John D. Metsker*
                                JOHN D. METSKER
                                Attorney for Plaintiff

Dated: February 14, 2024        /s/ *Edmund Darcher**
                                EDMUND DARCHER
                                Special Assistant U.S. Attorney
                                (**as authorized by email*)
                                Attorney for Defendant

### [~~PROPOSED~~] ORDER:

Pursuant to the agreement of the parties, and good cause being found, the deadline for Plaintiff to file her Motion for Summary Judgement shall be extended to February 29, 2024.

APPROVED AND SO ORDERED.

Dated: February 15, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Joint Stip. and PO for Ext.                 2
2:23-cv-02690-AC