PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| BARBARA L. BONKOFSKY,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:23-cv-02690-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended twenty-eight (28) days from April 1, 2024, up to and including April 29, 2024.

    This is Defendant's first request for an extension, and it is made with good cause. This is Defendant's first request for an extension, and it is made with good cause. This case was recently reassigned to undersigned counsel for Defendant, along with two other briefs, all of which are due in in the first week of April 2024. Moreover, counsel now has five briefs due in the first half of April, in addition to other litigation deadlines that month. Thus, Defendant

Stip. for Ext.; 2:23-cv-02690-AC                       1

requires an extension in this case, and may require extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                    Respectfully submitted,

Dated: March 8, 2024          /s/ *John David Metsker**
                     (*as authorized via e-mail on March 8, 2024)
                     JOHN DAVID METSKER
                     Attorney for Plaintiff

Dated: March 8, 2024          PHILLIP A. TALBERT
                     United States Attorney

                     MATHEW W. PILE
                     Associate General Counsel
                     Office of Program Litigation, Office 7

          By:   /s/ *Mary Tsai*
                     MARY TSAI
                     Special Assistant U.S. Attorney
                     Office of Program Litigation, Office 7

                     Attorneys for Defendant

## **ORDER**

   Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 29, 2024, to respond to Plaintiff's Motion for Summary Judgment.

DATED: March 11, 2024

                    ALLISON CLAIRE
                    UNITED STATES MAGISTRATE JUDGE