PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| BARBARA L. BONKOFSKY,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:23-cv-02690-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended four (4) days from April 29, 2024, up to and including May 3, 2024.

    This is Defendant's second request for an extension, and it is made with good cause. Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by having to take unanticipated medical leave. Defendant requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                        Respectfully submitted,

Dated: April 23, 2024                /s/ *John David Metsker**
                                        *(*as authorized via e-mail on April 23, 2024)*
                                          JOHN DAVID METSKER
                                          Attorney for Plaintiff

Dated: April 23, 2024                PHILLIP A. TALBERT
                                          United States Attorney

                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Office of Program Litigation, Office 7

                                By:    */s/ Mary Tsai*
                                            MARY TSAI
                                            Special Assistant U.S. Attorney
                                            Office of Program Litigation, Office 7

                                            Attorneys for Defendant

**<u>ORDER</u>**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 3, 2024, to respond to Plaintiff's Motion for Summary Judgment.

DATED: April 24, 2024

                                                                                                                    _____
                                                                                                                    ALLISON CLAIRE
                                                                                                                    UNITED STATES MAGISTRATE JUDGE